# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| SCOTT FERGUSON, <br><br> *Plaintiff* <br><br> v. <br><br> ACTAVIS GROUP, ET AL., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  2:09-0442 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ACTAVIS GROUP
Through Its Corporate Headquarters
101 East Main Street
Little Falls, NJ  07424-5608

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E. KIRK WOOD, JR.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL  35238-2434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 27 2009                                    *Teresa A. Dudley*
                                                     Signature of Clerk or Deputy Clerk

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| SCOTT FERGUSON, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:09-0442 |
| ACTAVIS GROUP, ET AL., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ACTAVIS TOTOWA, LLC
Through Its Corporate Headquarters
1 New England Avenue
Piscataway, NJ  08854


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E. KIRK WOOD, JR.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL  35238-2434


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: __APR 27 2009__                                          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| SCOTT FERGUSON, <br><br> *Plaintiff* <br><br> v. <br><br> ACTAVIS GROUP, ET AL., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:09-0442 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MYLAN BERTEK PHARMACEUTICALS, INC.
Through Its Corporate Headquarters
320 Lakeside Drive, Suite A
Foster City, CA 94404


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: E. KIRK WOOD, JR.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 27 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| SCOTT FERGUSON,<br><br>*Plaintiff*<br><br>v.<br><br>ACTAVIS GROUP, ET AL.,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:09-0442<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MYLAN PHARMACEUTICALS, INC.
Through Its Corporate Headquarters
781 Chestnut Ridge Road
Morgantown, WV 26505

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   E. KIRK WOOD, JR.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  APR 27 2009                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| SCOTT FERGUSON,<br><br>*Plaintiff*<br><br>v.<br><br>ACTAVIS GROUP, ET AL.,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:09-0442<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UDL LABORATORIES, INC.
Through its Corporate Headquarters
1718 Northrock Court
Rockford, Illinois  61103


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  E. KIRK WOOD, JR.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL  35238-2434


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:  APR 27 2009  _____
Signature of Clerk or Deputy Clerk