IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:   DIGITEK LITIGATION                               MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Scott Ferguson,                                           NO. 2:09-cv-00442

       Plaintiff,

  v.

Actavis Totowa, LLC, et al.,

       Defendants.

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

Comes now undersigned counsel for Scott Ferguson, and voluntarily dismisses the above action. As grounds for this motion, counsel shows the Court as follows:

1. Counsel filed this action on behalf of Mr. Ferguson on April 24, 2009 at his request and after conducting an appropriate pre-filing inquiry.

2. Since the filing of the complaint in this action Mr. Ferguson has not responded to multiple attempts to gather additional information or to execute appropriate releases.

3. As of the date of this response Mr. Ferguson has failed to communicate with counsel.

Based on the forgoing, undersigned counsel cannot oppose the dismissal of this action, without prejudice and would request the Court to take such action.

                                             /s/ E. Kirk Wood
                                             E. Kirk Wood

**OF COUNSEL:**
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Telephone: (205) 612-0243
Facsimile: (866) 747-3905
ekirkwood1@bellsouth.net

**CERTIFICATE OF SERVICE**

       This is to certify that on this __27th__ day of January, 2010, a copy of the foregoing was served on the following parties to this proceeding via Electronic Filing and/or U.S. Mail, properly addressed and first class postage pre-paid:

Harvey L. Kaplan, Esq.
Madeleine M. McDonough, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Rebecca A. Betts, Esq.
Allen, Guthrie & Thomas, PLLC
500 Lee Street East, Suite 800
Charleston, West Virginia 25301

Richard A. Dean, Esq.
Matthew P. Moriarty, Esq.
Kristen L. Mayer, Esq.
Tucker, Ellis & West, LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414

Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464

Harry Bell, Esq.
Bell & Blands, PLLC
30 Capitol Street
P. O. Box 1723
Charleston, West Virginia 25326

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062

                                            /s/ E. Kirk Wood
                                            OF COUNSEL