## IN THE UNITED STATES DISTRICT COURT OF THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:   DIGITEK LITIGATION            MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Scott Ferguson,                        NO. 2:09-cv-00442

      Plaintiff,

  v.

Actavis Totowa, LLC, et al.,

      Defendants.

## PLAINTIFF'S RESPONSE TO MEMORANDUM OPINION AND ORDER

COMES NOW Plaintiff, Scott Ferguson, and in response to this Court's Memorandum Opinion and Order dated February 3, 2010, states as follows:

1. Counsel forwarded a copy of this Court's Memorandum Opinion and Order dated February 3, 2010 to Plaintiff via certified U.S. Mail on February 4, 2010.  Plaintiff did respond to the certified mailing and received a copy of the same.

2. Plaintiff now indicates that he does wish to continue to pursue this civil action.

3. Plaintiff has since contacted counsel, provided appropriate update contact information and understands the importance of maintaining communication with counsel. Plaintiff has completed the Deficiency Response and executed the requested authorizations.

4. The completed Deficiency Response and Authorizations have now been forwarded to counsel for the Defendant.

Based on the forgoing, counsel for Plaintiff withdraws its previously filed motion to voluntarily dismiss, and respectfully requests this Court to allow this action to remain on the active docket.

/s/ E. Kirk Wood
E. Kirk Wood

**OF COUNSEL:**

WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Telephone: (205) 612-0243
Facsimile: (866) 747-3905
ekirkwood1@bellsouth.net

**CERTIFICATE OF SERVICE**

This is to certify that on this __22nd__ day of February, 2010, a copy of the foregoing was served on the following parties to this proceeding via Electronic Filing and/or U.S. Mail, properly addressed and first class postage pre-paid:

Harvey L. Kaplan, Esq.
Madeleine M. McDonough, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Rebecca A. Betts, Esq.
Allen, Guthrie & Thomas, PLLC
500 Lee Street East, Suite 800
Charleston, West Virginia 25301

Richard A. Dean, Esq.
Matthew P. Moriarty, Esq.
Kristen L. Mayer, Esq.
Tucker, Ellis & West, LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414

Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464

Harry Bell, Esq.
Bell & Blands, PLLC
30 Capitol Street
P. O. Box 1723
Charleston, West Virginia 25326

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062

                                                  <u>/s/ E. Kirk Wood</u>
                                                  OF COUNSEL