IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SCOTT FERGUSON,

        Plaintiff,

v.                      CIVIL ACTION NO.  2:09-cv-00442

ACTAVIS GROUP, et al.,

        Defendants.

## ORDER

Pending before the court is plaintiff's motion to voluntarily dismiss [Dckt. 23].  Having been subsequently advised that the plaintiff is cooperating with his counsel and now wishes to continue to pursue this civil action, the motion is **DENIED** as moot.  Having further been advised that the plaintiff has cured deficiencies relating to the Plaintiff Fact Sheet, I find that the duties set forth in the order to show cause have been discharged.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       February 26, 2010

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge